JESSE ADLER, Appellant, *v.* EMIL BERKOWITZ et al., Defendants, and ROSE GAST, Respondent.

(Submitted December 1, 1930; decided December 4, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 254 N. Y. 433.)

---

JAMES SHEAROD, Appellant, *v.* FORTY-FIRST AND PARK AVENUE CORPORATION, Respondent.

(Submitted December 1, 1930; decided December 4, 1930.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 254 N. Y. 618.)